UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICARDO RAMIREZ MARTINEZ,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR et al.,

Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER 2:26-cv-01580-JNW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Amended Petition for a Writ of

Habeas Corpus is GRANTED with the relief ordered at Dkt. No. 15.

Dated July 6, 2026.

Joshua C. Lewis
Clerk of Court

*/s/ Kathleen Albert*
Deputy Clerk